IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 88-cr-00064-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY DEWILLIAMS,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Dated: February  20 , 2008


    It is ORDERED that Defendant's Motion For A Copy Of Sentencing Transcript (Doc. No. 38; Jan. 15, 2008) is denied.