**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**October 15, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re:

GARY D. DEWILLIAMS,

Movant.

No. 12-1377
(D.C. No. 1:88-CR-00064-ZLW-1)
(D. Colo.)

**ORDER**

Before **HARTZ**, **O'BRIEN**, and **GORSUCH**, Circuit Judges.

Gary D. DeWilliams's motion for authorization to file a second or successive motion under 28 U.S.C. § 2255 is DENIED. This denial of authorization "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk