**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00432-CMA
Civil Action No. 14-cv-01475-CMA
Criminal Action No. 88-cr-00064-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY DEWILLIAMS,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. §2255 Motions and Dismissing Civil Matters (Docket No. #117) of Judge Christine M. Arguello entered on June 4, 2014 it is

ORDERED that the Applications for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (Docket Nos. 113, filed Feb. 19, 2014; and 116, filed May 22, 2014) are DENIED.

IT IS FURTHER ORDERED that civil action nos. 14-cv-00432-CMA and 14-cv-01475-CMA are DISMISSED for lack of jurisdiction.

    Dated at Denver, Colorado this 4th day of June, 2014.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                      By: s/   A. Thomas
                                                    Deputy Clerk